# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2055

_____

Darrell Wayne Clifford,

       Appellant,

v.

Robert D. Ecoffey, Superintendent,
United States Department of the
Interior, Bureau of Indian Affairs, Pine
Ridge Indian Agency, Pine Ridge,
South Dakota,

       Appellee.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

\* Appeal from the United States
\* District Court for the
\* District of South Dakota.

\* **[UNPUBLISHED]**

_____

Submitted: February 12, 2001
Filed: February 14, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

South Dakota inmate Darrell Clifford appeals from the district court's[1] 28 U.S.C. § 1915e(2)(B)(i) pre-service dismissal of his 42 U.S.C. § 1983 complaint. After careful review of the record, we agree with the district court that Clifford's complaint was

_____

[1]The HONORABLE RICHARD H. BATTEY, United States District Judge for the District of South Dakota.

frivolous.  See West v. Atkins, 487 U.S. 42, 48 (1988).  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.